**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., | : | No. 47 WAL 2019 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| BEEMAC TRUCKING, LLC AND BEEMAC LOGISTICS, LLC, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

    Are contractual no-hire provisions which are part of a services contract between sophisticated business entities enforceable under the law of this Commonwealth?